UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE ROMERO, on behalf of himself and all others similarly situated,

        Plaintiff,

v.

MICROSOFT CORPORATION,

        Defendant.

1:20-CV-09083-ER

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Josue Romero ("Plaintiff") and Microsoft Corporation ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: December 29, 2020

COHEN & MIZRAHI LLP

By: _____
Joseph H Mizrahi
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel: 929-575-4175
joseph@cml.legal

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Michael F. Fleming
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6207
michael.fleming@morganlewis.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: _____, 2020

_____
United States District Judge